

No. 15–0256/AR. U.S. v. Rashad J. Valmont. CCA 20110644. Appellant's second motion to extend time to file the supplement to the petition for grant of review granted, but only up to and including January 27, 2015.

No. 15–0292/MC. U.S. v. Timothy Baldwin. CCA 201400014. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 27, 2015.

Monday, January 12, 2015